20920

Coleen B. MARLEY (Mrs. Eugene Marley), Respondent, v.
Leland Eugene KIRBY, Appellant.

(253 S. E. (2d) 870)

*Belser, Kemmerlin & Ravenel,* Columbia, *for appellant.*

*Graydon, Suber & Adams,* Columbia, *for respondent.*

March 27, 1979.

NESS, Justice:

In *Marley v. Kirby,* S. C., 245 S. E. (2d) 604 (1978), we held the South Carolina comparative negligence statute unconstitutional and remanded the case for retrial. On re-

mand, the trial judge ruled that since only Marley had appealed the original decision, the verdict against Kirby should not be disturbed. This was error.

Our intention in *Marley v. Kirby* was that the entire case should be retried without the application of the comparative negligence statute. We reverse and remand for a new trial on all issues.

Reversed and remanded.

LEWIS, C. J., and LITTLEJOHN, RHODES and GREGORY, JJ., concur.